■ In the Matter of MARY A. MESSINA, Respondent, v RALPH A. MESSINA, Appellant. [940 NYS2d 897]—In a child support proceeding pursuant to Family Court Act article 4, the father appeals from (1) an order of the Family Court, Suffolk County (Fields-Ferraro, S.M.), dated March 16, 2007, which, after a hearing, granted that branch of the mother's petition which was for an award of child support arrears and directed the entry of a money judgment in favor of the mother and against him in the principal sum of $16,718.64, and (2) an order of the same court also dated March 16, 2007, which, after a hearing, granted that branch of the mother's petition which was for an award of unreimbursed medical insurance premium arrears and directed the entry of a money judgment in favor of the mother and against him in the principal sum of $3,118.11.

Ordered that the appeals are dismissed, without costs or disbursements.

The father failed to file objections pursuant to Family Court Act § 439 (e) to the orders of the Support Magistrate dated March 16, 2007; thus, he may not challenge the validity of those orders through an appeal (*see* Family Ct Act § 439 [e]; *Matter of Holliday v Holliday*, 35 AD3d 468, 469-470 [2006]; *Matter of Prill v Mandell*, 237 AD2d 445, 446 [1997]; *see also Matter of Semenova v Semenov*, 85 AD3d 1036, 1037 [2011]; *Matter of Stodolski v Cotroneo*, 84 AD3d 1251 [2011]; *Matter of Davidson v Wilner*, 214 AD2d 563 [1995]). Dickerson, J.P., Chambers, Austin and Miller, JJ., concur.